# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Reger,<br><br>Plaintiff<br><br>v.<br><br>The Associated Press,<br><br>Defendant. | Case No. 23-cv-02983-DSD-DLM<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND AMENDED PRETRIAL SCHEDULING ORDER** |

In light of the stay imposed by the Court on March 20, 2025 (ECF No. 62), and lifted on May 2, 2025 (ECF No. 68), the parties hereby stipulate and agree, and respectfully request, that the Court amend the current Amended Pretrial Scheduling Order (ECF No. 55) to extend the deadlines as follows:

1. The parties must commence fact discovery procedures in time to be completed on or before **December 19, 2025**.

2. Disclosure of the identities of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) (accompanied by the written report prepared and signed by the expert witness) and the follow disclosures required by Rule 26(a)(2)(C), shall be made as follows:

    i. Disclosures by Plaintiff on or before **September 19, 2025**.

    ii. Disclosures by Defendant on or before **October 17, 2025**.

    iii. Rebuttal disclosures on or before **November 3, 2025**.

3. Expert discovery, including depositions, shall be completed by **December 19, 2025**.

4. All non-dispositive motions and supporting documents shall be served and filed on or before **December 19, 2025**.

5. All dispositive motions and supporting documents shall be served and filed on or before **March 13, 2026**.

6. This case will be ready for trial on or about **June 29, 2026**.

All other deadlines and provisions previously entered by the Court remain in effect.

Stipulated to:

Dated: May 12, 2025

**BERENS & MILLER, P.A.**

By: /s/ *Barbara Podlucky Berens*
Barbara Podlucky Berens (No. 209788)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6171

*Counsel for Plaintiff Michael Reger*

Dated: May 12, 2025

**BALLARD SPAHR LLP**

By *s/ Leita Walker*
Leita Walker (No. 0387095)
Isabella Salomão Nascimento (No. 0401408)
80 South Eighth Street
2000 IDS Center
Minneapolis, MN 55402-2119
Tel: (612) 371-3211
*walkerl@ballardspahr.com*
*salomaonascimentoi@ballardspahr.com*

Emmy Parsons (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, D.C. 20006
Tel: (202) 661-7603
*parsonse@ballardspahr.com*

*Attorneys for Defendant The Associated Press*

SO ORDERED.

Date: May __, 2025

_____
DOUGLAS L. MICKO
United States Magistrate Judge