# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Reger, | Case No. 23-cv-02983-DSD-EMB |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| The Associated Press, | |
| Defendant. | |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

Date: July 21, 2025

s/ *Elsa M. Bullard*
ELSA M. BULLARD
United States Magistrate Judge